# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. |
| ) | 6:24-MJ-120-MK |
| ) | |
| CHRISTOPHER LYN SPARKS ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 3 - June 9, 2024  in the county of  Lane  in the
District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. § 2252A(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of or Accessing with Intent to View Child Pornography |
| 18 U.S.C. § 2252A(a)(3)(B) | Advertising of Child Pornography |

This criminal complaint is based on these facts:

Attached affidavit of HSI Special Agent Clinton Lindsly, which is attached hereto and incorporated herein by reference.

☐ Continued on the attached sheet.

/s/ Clint lindsly

*Complainant's signature*

Clinton Lindsly, HSI Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at _____ a.m./p.m.

Date: June 10; 10:30 am

*Judge's signature*

City and state:  Eugene, Oregon    Mustafa Kasubhai, United States Magistrate Judge

*Printed name and title*